UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORY J. MANN,

Plaintiff,

Case No. 26-cv-10930
Hon. Matthew F. Leitman

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

______________________________________________/

**ORDER TERMINATING WITHOUT PREJUDICE DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 12, 14)**

Now pending before the Court are two motions to dismiss that Defendants have filed. (*See* Mots., ECF Nos. 12, 14.) Plaintiff Corey J. Mann's responses to the motions were due on September 18, 2026. (*See* Stipulated Order, ECF No. 15.) On August 11, 2026, Mann filed a First Amended Complaint. (*See* First Am. Compl., ECF No. 16.) The filing of that pleading obviates the need to resolve Defendants' currently-pending motions to dismiss. Accordingly, the Court **TERMINATES** Defendants' motions **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 12, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 12, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126